IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROYLUNDA DAVIS                                                      PLAINTIFF

VS.                          CASE NO. 4:04CV00975 JMM

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                             DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's complaint is dismissed with prejudice.

SO ADJUDGED this   27   day of   January , 2006.

_____
UNITED STATES DISTRICT JUDGE